ANNIE EPSTEIN, Respondent, v. REBECCA WERBELOVSKY, etc., and Others, Defendants, and ABRAHAM WERBELOVSKY and Others, Appellants.—

Motion to resettle order granted so as to award costs of the appeal and the action, and $2,000 additional allowance to the guardian ad litem, and otherwise denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

